UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ATWOOD, *et al.*, | : | Case No. 1:16-cv-593 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| vs. | : | |
| | : | |
| UC HEALTH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ x ]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that this matter is **REMANDED** to the state court from which it was removed; and this case **TERMINATED** on the docket of this Court.

Date: 9/29/16                                                                               **RICHARD W. NAGEL, CLERK**

By: */s/ M. Rogers*
Deputy Clerk