**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Christopher Atwood, *et al.*,

    Plaintiffs,

v.

UC Health, *et al.*,

    Defendants.

Case No. 1:16cv593

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon Plaintiffs' Motion for Attorneys' Fees (Doc. 842). In light of the Court's inherit authority to control its docket, the Court orders the Clerk to strike and remove Plaintiffs' Motion for Attorneys' Fees from the docket (*Id.*).

Accordingly, it is hereby **ORDERED** that the Clerk **STRIKE AND REMOVE** Plaintiffs' Motion for Attorneys' Fees (Doc. 842) from the docket in this matter.

**IT IS SO ORDERED.**

          *s/ Michael R. Barrett*
          JUDGE MICHAEL R. BARRETT